UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOSUE FLORES, | Civil No. 3:11-529-HA |
| Plaintiff, | JUDGMENT |
| v. | |
| HOME DEPOT U.S.A., INC., THE HOME DEPOT, and THE HOME DEPOT #4010, Delaware corporations authorized to do business in the State of Oregon, | |
| Defendant. | |

HAGGERTY, District Judge:

Based upon the Stipulation and Order of Dismissal [12] submitted by the parties, and the Court being fully advised, IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's action against Home Depot is DISMISSED WITH PREJUDICE, and without an award of costs to any party.

IT IS SO ORDERED.

DATED this 28th day of November, 2011.

/s/ Ancer L. Haggerty
Ancer L. Haggerty
United States District Judge

1 -- ORDER